IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN TYRONE DAVIS, | No. CIV S-12-0181-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| PEOPLE OF THE STATE OF CALIFORNIA, et al., | |
| Respondents. | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

       Pending before the court is petitioner's motion for an extension of time (Doc. 15) to file a response to the motion to dismiss filed by respondent(s). Good cause appearing therefor, the request is granted. Petitioner may file a response within 30 days of the date of this order.

       Also before the court is petitioner's motion to withdraw his consent to Magistrate Judge jurisdiction (Doc. 14). Once a case has been referred to a Magistrate Judge pursuant to the consent of the parties, as is the situation in this case, the reference may only be withdrawn by the court on its own motion for good cause shown, or under extraordinary circumstances

1

1  demonstrated by any party.  See Dixon v. Ylst, 990 F.2d 478 (9th Cir. 1993).   In this case, the
2  court does not find good cause to withdraw the reference to the Magistrate Judge, and petitioner
3  has not demonstrated extraordinary circumstances.
4         Accordingly, IT IS HEREBY ORDERED that:
5      1.  Petitioner's motion for an extension of time (Doc. 15) is granted;
6      2.  Petitioner may file an opposition to respondents' motion to dismiss within
7  30 days of the date of this order; and
8      3.  Petitioner's motion to withdraw consent to Magistrate Judge jurisdiction
9  (Doc. 14) is denied.

DATED:  June 8, 2012

                _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE